1072

JAMES BOYD, ET AL., *Appellants*, v. SPOKANE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-04020-8, Richard J. Schroeder, J., entered October 5, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

THE STATE OF WASHINGTON, *Respondent*, v. DALE ALLEN SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00187-0, Salvatore F. Cozza, J., entered November 6, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN EDGAR GALANG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00634-1, James E. Rulli, J., entered September 12, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.

THE STATE OF WASHINGTON, *Respondent*, v. JORGE RODRIGUEZ-SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00663-0, James E. Warme, J., entered September 15, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.